# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| L. ALEXANDER and LIVE VICTORIOUSLY MINISTRIES,<br>*Plaintiff*<br>v.<br>RICHLAND CITY-CODE ENFORCEMENT BOARD OF RICHLAND POLICE DEPARTMENT, et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:19-CV-5263-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The case is DISMISSED without prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on Defendants' Motion to Dismiss ECF No. 5.


Date: March 5, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen